# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2030

_____

Vernon Bryan Olson,                 *
                                 *

          Appellant,       *

                                 *   Appeal from the United States

      v.                   *   District Court for the

                                 *   District of Minnesota.

City of Sartell,                  *

                                 *      [UNPUBLISHED]

          Appellee.        *

_____

Submitted: July 7, 2005
Filed: July 19, 2005

_____

Before SMITH, FAGG, and MAGILL, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Vernon Olson appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action as time-barred by Minnesota's statute of limitations. Having carefully reviewed the record, we affirm. See Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (standard of review). See 8th Cir. R. 47B.

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.